IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hardy, Eric | Case Number: 08 B 09716 |
|---|---|---|
| | Green, Michelle | Judge: Hollis, Pamela S |
| | Printed: 9/9/08 | Filed: 4/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,118.00 | |
| Secured: | | 780.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.33 |
| Trustee Fee: | | 137.67 |
| Other Funds: | | 0.00 |
| Totals: | 2,118.00 | 2,118.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ronald B Lorsch Esq | Administrative | 2,174.00 | 1,200.33 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 4. | Chase Bank USA NA | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 7. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 8. | GMAC Auto Financing | Secured | 20,000.00 | 720.00 |
| 9. | American General Finance | Secured | 1,000.00 | 60.00 |
| 10. | Citi Residential Lending Inc | Secured | 17,699.00 | 0.00 |
| 11. | Wilshire Credit Corp | Secured | 1,500.00 | 0.00 |
| 12. | Wilshire Credit Corp | Secured | 3,000.00 | 0.00 |
| 13. | GMAC Auto Financing | Unsecured | 627.63 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 480.39 | 0.00 |
| 15. | Chase Bank USA NA | Unsecured | 133.43 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 34.35 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 890.76 | 0.00 |
| 18. | GMAC Auto Financing | Unsecured | 8.06 | 0.00 |
| 19. | Chase | Unsecured | | No Claim Filed |
| | | | $ 47,547.62 | $ 1,980.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 137.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Hardy, Eric<br>            Green, Michelle<br>            Printed: 9/9/08 | Case Number: 08 B 09716<br>Judge: Hollis, Pamela S<br>Filed: 4/20/08 |

$ 137.67

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

